

# United States District Court
# Eastern District of California

| Joseph, et al. | Case Number: 2:25-cv-00517-DC-AC |

Plaintiff(s)

V.

| PowerSchool Holdings, Inc., et al. | APPLICATION FOR PRO HAC VICE AND ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Ronnie Seidel Spiegel** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Plaintiffs Megan Joseph, Emily Kidder and Dale Kidder**

On **06/19/2003** (date), I was admitted to practice and presently in good standing in the **Supreme Court of Washington State** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **03/011/2025**         Signature of Applicant: /s/ **Ronnie S. Spiegel**

**Pro Hac Vice Attorney**

Applicant's Name: Ronnie Seidel Spiegel
Law Firm Name: Joseph Saveri Law Firm LLP
Address: 4607 231st Place, SE

City: Sammamish   State: WA   Zip: 98075
Phone Number w/Area Code: (415) 500-6800
City and State of Residence: Sammamish, WA
Primary E-mail Address: rspiegel@saverilawfirm.com
Secondary E-mail Address: rspiegel@saverilawfirm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Joseph R. Saveri
Law Firm Name: Joseph Saveri Law Firm LLP
Address: 601 California St., Ste. 1505

City: San Francisco   State: CA   Zip: 94108
Phone Number w/Area Code: (415) 500-6800   Bar #: 130064

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 14, 2025

*Dena Coggins*
Dena Coggins
United States District Judge